USCA1 Opinion

 

 May 8, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-2001 FUN PIER, INC., AND WILLIAM HOWARD, Plaintiffs, Appellants, v. CHARLES EDENS AND EAST COAST RIDES, INC., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Harry R. Segarra on brief for appellants. ________________ Samuel B. Miller and Weller, Miller, Carrier, Miller & Hickie _________________ ___________________________________________ on brief for appellees. ____________________ ____________________ Per Curiam. We have carefully reviewed the record in __________ this case, including the briefs of the parties and the opinion and order of the district court, dated August 23, 1994. Since we find no clear error in the court's findings of fact, the judgment below is affirmed.  ________